1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. 2:12-mj-00157-CKD
                                   )
12              Plaintiff,         )  ORDER CONTINUING BENCH TRIAL
                                   )
13       v.                        )
                                   )
14  JORGE CASTILLO,                )  Date:     July 16, 2012
                                   )  Time:     9:30 a.m.
15              Defendant.         )  Judge:    Hon. Carolyn K. Delaney
                                   )
16  _____

17  It is hereby ordered that the bench trial set for July 16, 2012, is

18  continued to August 6, 2012, at 9:30 a.m.

19       IT IS SO ORDERED.

20

21  Dated: July 12, 2012              /s/ Carolyn K. Delaney
                                      HON. CAROLYN K. DELANEY
22                                    United States Magistrate Judge

23

24

25

26

27

28