BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00157-CKD |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| v. | |
| JORGE CASTILLO, | Date: August 6, 2012<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

It is hereby ordered that the bench trial set for August 6, 2012, is vacated and a change of plea is set for August 9, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 23, 2012        /s/ Carolyn K. Delaney
                            HON. CAROLYN K. DELANEY
                            United States Magistrate Judge